# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  )
             )
v.            )   CR. F. # 1:12-CR-303 AWI-BAM
             )
CIRILO ALMAZEN TRUJILLO  )
             )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
           (X) Ad Prosequendum                                    ( ) Ad Testificandum.
Name of Detainee:     CIRILO ALMAZEN TRUJILLO
Detained at (custodian):   CHINO STATE PRISON

Detainee is:   a.)   (X) charged in this district by:
                    (X) Indictment          ( ) Information          ( ) Complaint

               Charging Detainee With:   18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and 8 U.S.C. § 1326(a) & (b)(2) - Deported Alien Found in the United States

   or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   (X) return to the custody of detaining facility upon termination of proceedings
   or   b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California* on _____

               Signature:     /s/ Kimberly A. Sanchez
               Printed Name & Phone No.:   Kimberly A. Sanchez; 559/497-4000
               Attorney of Record for:     United States

## WRIT OF HABEAS CORPUS
           (X) Ad Prosequendum                                    ( ) Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

  May 8, 2013                                         /s/ Gary S. Austin
Date                                          United States Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male  x   Female ☐ |
| Booking or Fed. Reg. #: | CDCR: AM5654 | DOB: |
| Facility Address: | 14901 Central Avenue | Race: |
| | Chino, CA  91710 | FBI #: |
| Facility Phone: | 909/597-1821 | |
| Release Date: | March, 2014 | |

### RETURN OF SERVICE

Executed on _____ by _____     _____
                                            (Signature)